THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>ANITA WALTS AND JOHN DOE WALTS, and their marital community; LINCO CONTRACTORS, LTD., a Florida limited partnership; and ISMAEL ESPUDO and JANE DOE ESPUDO, and their marital community,<br>               Defendants. | NO. C06-0187RSL<br><br>STIPULATED ORDER REGARDING STAY OF CASE PENDING BANKRUPTCY PROCEEDINGS OF DEFENDANT ANITA WALTS |

WHEREAS, on March 24, 2006, Defendants Linco Contractors, Ltd., Ismael Espudo, and Romelia Espudo (collectively the "Linco Defendants") filed a Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, *Forum Non Conveniens*, or, Alternatively, to Transfer ("Motion to Dismiss").

WHEREAS, on March 29, 2006, Defendant Anita Walts ("Walts") filed a petition for bankruptcy in the United States Bankruptcy Court for the Western District of Texas, which operates as an automatic stay of the proceedings against Walts pursuant to 11 U.S.C. § 362(a)(1).

WHEREAS, on July 3, 2006, the Court entered an order denying the Motion to Dismiss. *See* Order Denying Motion to Dismiss, dated July 3, 2006 ("Order").

STIPULATED ORDER (NO. C06-0187RSL) - 1

WHEREAS, the Order invited Plaintiff T-Mobile USA, Inc. and the Linco Defendants (together, the "Parties") to inform the Court within thirty days whether they would like to proceed with the case or have it stayed pending the conclusion of Walts' bankruptcy proceeding.

WHEREAS, the Parties are engaged in settlement discussions and request an extension of the time to inform the Court regarding a stay of the entire case.

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

The Court hereby extends the time for the Parties to inform the Court regarding a stay by ten (10) days. The Parties may file a stipulation, or if they cannot agree, either party may file a motion to stay the case by August 14, 2006.

STIPULATED AND AGREED TO this 3rd day of August, 2006.

| PERKINS COIE LLP | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| s/Breena M. Roos, WSBA # 34501<br>  David F. Taylor, WSBA # 25689 | s/W. Mark Bennett, *per email authorization*<br>  Sheryl. J. Willert, WSBA #08617<br>  W. Mark Bennett (admitted *pro hac vice*) |
| Attorneys for Plaintiff T-Mobile USA, Inc. | Attorneys for Defendants Linco Contractors, Ltd., Ismael Espudo and Romelia Espudo |

ORDER

IT IS SO ORDERED.

DATED this 7th day of August, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED ORDER (NO. C06-0187RSL) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000